

FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:22-mj-02411-DUTY-2 |
| Marco Antonio Pacheco, Jr. | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Friday, July__, __2022__, at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __Karen L. Stevenson__, in Courtroom __880__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: June 29, 2022

_____
U.S. ~~District Judge~~/Magistrate Judge